UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODNEY BOOMER,                    :
                                  : CIVIL ACTION NO. 3:06-CV-850
        Plaintiff,                :
                                  : (JUDGE CONABOY)
    v.                            :
                                  :
TROY WILLIAMSON, et al.,          :
                                  :
        Defendants.               :

FILED
SCRANTON

MAY 3 0 2012

PER _____ CT
    DEPUTY CLERK

## ORDER

As a result of the telephone conference held this date, the following matters have been agreed upon:

1. This case proceeds to trial on three claims--

   a. the claim of excessive force brought against Defendants Francis and Schappert;

   b. the claim arising from the use of a restraining chair brought against Defendant Campos; and

   c. the retaliation claim brought against Defendant Schappert;

2. This case remains of the November 2012 Trial List;

3. A pretrial conference will be scheduled by separate order at the discretion of the Court.

_____
RICHARD P. CONABOY
United States District Judge

DATED: 5-30-12