UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODNEY BOOMER, :
: CIVIL ACTION NO. 3:06-CV-850
    Plaintiff, :
: (JUDGE CONABOY)
v. :
:
TROY WILLIAMSON, et al., :
:
    Defendants. :

FILED
SCRANTON
MAY 3.0 2012
PER ____ CT
DEPUTY CLERK

## ORDER

As a result of the telephone conference held this date, the following matters have been agreed upon:

1. This case proceeds to trial on three claims--
   a. the claim of excessive force brought against Defendants Francis and Schappert;
   b. the claim arising from the use of a restraining chair brought against Defendant Campos; and
   c. the retaliation claim brought against Defendant Schappert;
2. This case remains of the November 2012 Trial List;
3. A pretrial conference will be scheduled by separate order at the discretion of the Court.

/s/ Richard P. Conaboy
RICHARD P. CONABOY
United States District Judge

DATED: 5-30-12